

# The Attorney General of Texas

February 1, 1982

MARK WHITE
Attorney General

Supreme Court Building
P. O. Box 12548
Austin, TX. 78711
512/475-2501
Telex 910/874-1367
Telecopier 512/475-0266

1607 Main St., Suite 1400
Dallas, TX. 75201
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905
915/533-3484

1220 Dallas Ave., Suite 202
Houston, TX. 77002
713/650-0666

806 Broadway, Suite 312
Lubbock, TX. 79401
806/747-5238

4309 N. Tenth, Suite B
McAllen, TX. 78501
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

J. C. Littrell, DPM
Texas State Board of Podiatry
  Examiners
P. O. Box 3041
Waco, Texas   76707

Opinion No. MW-435

Re: Whether podiatrist may administer nitrous oxide to patients

Dear Dr. Littrell:

You have inquired as to whether a licensed podiatrist may administer nitrous oxide to patients in connection with his practice. Nitrous oxide, also known as "laughing gas," is used as an anesthetic.

Articles 4567c and 4573, V.T.C.S., address this issue. As originally enacted, the predecessor of article 4567c read as follows:

> No chiropodist shall amputate the human foot or toe or toes or use any anesthetic other than local.

Acts 1923, 38th Leg., ch. 169, §2, at 357. This article was amended in 1951 to delete the words "or use any anesthetic other than local." Acts 1951, 52nd Leg., ch. 132, at 224. It appears that by this amendment the legislature intended to allow podiatrists to use general anesthetics. See V.T.C.S. art. 4567a (changing word "chiropodist" to "podiatrist" in licensing act). This conclusion is bolstered by the legislature's amendment of article 4573, V.T.C.S., in 1971. Prior to 1971, article 4573 read as follows:

> The board may, after due hearing, refuse to grant or renew and may revoke any license issued under the provisions of this law to a person, otherwise qualified,.... who may be convicted of amputating the human foot or toe or of using an anesthetic other than local....

V.T.C.S. art. 4573 (1925). The 1971 amendment deleted the words "or of using an anesthetic other than local" from this statute. Based on these amendments, we conclude that a licensed podiatrist may administer nitrous oxide to patients in connection with his practice. However, persons who administer anesthetics such as nitrous oxide are subject to liability for injuries caused a patient by their negligent

administration thereof.   <u>See generally</u> <u>Webb v. Jorns</u>, 488 S.W.2d 407 (Tex. 1972).

### S U M M A R Y

A licensed podiatrist may administer nitrous oxide to patients in connection with his practice.

Very truly yours,

M A R K   W H I T E
Attorney General of Texas

JOHN W. FAINTER, JR.
First Assistant Attorney General

RICHARD E. GRAY III
Executive Assistant Attorney General

Prepared by Roxanne Caperton &
Susan L. Garrison
Assistant Attorneys General

APPROVED:
OPINION COMMITTEE

Susan L. Garrison, Chairman
Jon Bible
Rick Gilpin
Jim Moellinger